BILL LOCKYER
Attorney General of the State of California
DOUGLAS M. PRESS
Supervising Deputy Attorney General
SUSAN M. CARSON
Deputy Attorney General
State Bar No. 135875
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5580
  Fax: (415) 703-5480
  Email: susan.carson@doj.ca.gov

Attorneys for Respondents and Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAIN INJURY POLICY INSTITUTE (BIPI); MICHAEL MAMOT; BRUCE NELSON,**<br>       Petitioners and Plaintiffs,<br>v.<br>**SANDRA SHEWRY, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES; CALIFORNIA DEPARTMENT OF HEALTH SERVICES; DOES 1-10,**<br>       Respondents and Defendants. | No. C06 2973 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE RE MOTION FOR REMAND**<br><br>Date:       July 7, 2006<br>Time:      9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge:    Honorable Susan Illston |

    Plaintiffs and defendants through their undersigned counsel hereby stipulate as follows:

    1.    Plaintiffs set the hearing for their motion for remand on July 7, 2006. Susan M. Carson, Deputy Attorney General and counsel for defendants will be on vacation from June 27 through July 7, 2006.

    2.    In order to accommodate Ms. Carson's vacation schedule, the hearing date on the motion for remand will be continued to July 21, 2006 at 9:00 am.

    3.    Defendants will filed their opposition to the motion for remand on June 23, 2006. Plaintiffs will filed their reply memorandum on July 6, 2006.

Dated: June 15, 2006

BILL LOCKYER
Attorney General of the State of California
DOUGLAS PRESS
Supervising Deputy Attorney General

By _____
Susan M. Carson
Deputy Attorney General

Attorneys for Respondents/Defendants
SANDRA SHEWRY, Director, California
Department of Health Services; CALIFORNIA
DEPARTMENT OF HEALTH SERVICES

Dated: June 15, 2006

THE PUBLIC INTEREST LAW PROJECT

By _____
Stephen E. Ronfeldt

Attorneys for Petitioners/Plaintiffs
BRAIN INJURY POLICY INSTITUTE (BIPI);
MICHAEL MAMOT AND BRUCE NELSON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2006

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE