1  STEPHEN E. RONFELDT, SBN 41044
   THE PUBLIC INTEREST LAW PROJECT
2  449 - 15th Street, Suite 301
   Oakland, CA 94612-2038
3  Telephone: (510) 891-9497 x 127
   Facsimile: (510) 891-9727

4  MICHAEL J. KLUK, SBN 99379
   PROTECTION & ADVOCACY, INC.
5  100 Howe Avenue, Suite 235N
   Sacramento, CA 95825
6  Telephone: (916) 488-9950
   Facsimile:   (916) 488-9960
7
8  JANE PERKINS SBN 104784
   SARAH SOMERS SBN 170118
9  211 N. Columbia, Second Floor
   Chapel Hill, North Carolina 27514
10 Telephone: (919) 968-6308
   Facsimile: (919) 968-8855

11 Attorneys for Petitioners & Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTREICT OF CALIFORNIA

| | |
|---|---|
| BRAIN INJURY POLICY INSTITUE, Inc.; MICHAEL MAMOT; BURCE NELSON<br><br>Plaintiffs and Petitioners,<br><br>vs.<br><br>SANDRA SHEWRY, Director, California Department of Health Services; CALIFORNIA DEPARTMENT OF HEALTH SERVICES<br><br>Respondents and Defendant. | Case No.: C 06 2973 SI<br><br>**STIPULATION FOR PROPOSED DATES MODIFYING PRE-TRIAL SCHEDULING**<br><br>Trial Date: None<br>Case Management Conf: 8/4/06 |

**Stipulation to Modify Dates, Case No. C06 2973 SI**

The parties, by and through their attorneys of record, stipulate and agree as follows:

1. Subject to Judge Illston's approval, the parties agree that the date for the Initial Case Management Conference and the related dates included in the Court's May 3, 2006 Order Setting Initial Case Management Conference and related deadlines be all moved forward by 28 days. The current dates would be set as follows:

| | |
|---|---|
| Rule 26(f) meet and confer, file ADR Certification and Stipulation to ADR Process: | August 11, 2007 |
| Rule 26(f) Report | August 25, 2007 |
| Initial Case Management Conf. | September 1, 2007 |

2. Good cause exists to change the dates because Plaintiffs filed a Motion to Remand after this case was removed from State court. The hearing on that motion is scheduled for July 21st. The parties respectfully ask the court to order these changes.

Dated: July 14, 2006
Public Interest Law Project
Protection & Advocacy Inc.
National Health Law Program

_____/s/_____
by Steve Ronfeldt
Attorneys for Plaintiffs

Dated: July 14, 2006
Attorney General, State of California

_____/s/_____
by Susan M. Carson,
Deputy Attorney General
Attorney for Defendants

//

//

**Stipulation to Modify Dates, Case No. C06 2973 SI**

**ORDER**

Having considered the stipulation of the parties and good cause appearing therefore, the Court approves the foregoing stipulation and orders the following changes to its pretrial scheduling order:

| | |
|---|---|
| Rule 26(f) meet and confer, file ADR Certification and Stipulation to ADR Process: | August 11, 2007 |
| Rule 26(f) Report | August 25, 2007 |
| Initial Case Management Conf. | September 1, 2007 |

IT IS SO ORDERED

Dated:

_____
SUSAN ILLSTON
District Court Judge

**Stipulation to Modify Dates, Case No. C06 2973 SI**

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Brain Injury Policy Institute (BIPI), et al. v. Shewry**

No.: **C 06 2973 SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 14, 2006, I served the attached **STIPULATION FOR PROPOSED DATES MODIFYING PRE-TRIAL SCHEDULING** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jane Perkins
Sarah Somers
National Health Law Program, Inc.
211 N. Columbia, Second Floor
Chapel Hill, North Carolina 27514
*Attorneys for Petitioners & Plaintiffs*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 14, 2006, at San Francisco, California.

| Jerrell Stewart | *Jerrell Stewart* |
|---|---|
| Declarant | Signature |

40100085.wpd